No. 99–535. IN RE RIVERA. Petition for writ of mandamus and/or prohibition denied.

No. 99–6096. IN RE LEDET. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 99–409. HARTFORD UNDERWRITERS INSURANCE CO. *v.* UNION PLANTERS BANK, N. A. C. A. 8th Cir. Certiorari granted.

No. 99–536. REEVES *v.* SANDERSON PLUMBING PRODUCTS, INC. C. A. 5th Cir. Certiorari granted.

No. 98–2060. EDWARDS, WARDEN *v.* CARPENTER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–1964. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–9539. LAI *v.* INTERNATIONAL IMMUNOLOGY CORP. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–125. DE LA MATA ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–216. AMATI ET AL. *v.* CITY OF WOODSTOCK ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–218. LOPEZ-LUKIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.